FILED

APR 19 2022

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) 4:22CR216 JMB
JORGE MARIN-PEREZ, and )
JORGE MARIN- GOMEZ, )
)
Defendants. )

## INFORMATION

### COUNT I

The United States Attorney charges that:

Between November 17, 2017, and October 20, 2018, in the Eastern District of Missouri,

**JORGE MARIN-PEREZ, and**

**JORGE MARIN-GOMEZ**

the defendants herein, did knowingly and intentionally engage in a pattern and practice of hiring for employment in the United States aliens, knowing the aliens to be unauthorized aliens with respect to such employment.

In violation of Title 8, United States Code, Section 1324a(a)(1)(A), and punishable under, Title 8, United States Code, Section 1324a(f)(1).

SAYLER A. FLEMING
United States Attorney

*/s/ Dianna R. Collins*

DIANNA R. COLLINS, #59641MO
Assistant United States Attorney

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Dianna R. Collins, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

*[signature]*
DIANNA R. COLLINS, #59641MO

Subscribed and sworn to before me this 19th day of April 2022.

*[signature]*
CLERK, U.S. DISTRICT COURT

By: *[signature]*
DEPUTY CLERK