UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. 4:22-cr-00216-JMB |
| | ) |
| v. | ) |
| | ) |
| JORGE MARIN-GOMEZ, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT**

Comes now Defendant, by and through his attorney of record, and states to the Court that counsel and Defendant have reviewed the Presentence Investigation Report and further states that there were no material errors.  Defendant has no objections to the presentence report.

Respectfully Submitted,

By:  /s/Curtis O. Poore
         Curtis O. Poore      #38067MO

**THE LIMBAUGH FIRM**
407 N. Kingshighway, Suite 400
P. O. Box 1150
Cape Girardeau, MO 63702-1150
Telephone:     573/335-3316
Fax:                573/335-0621

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2022 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to the attorneys of record in this case.

/s/ Curtis O. Poore